UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. <br> ) <br> ) 21 U.S.C. § 841(a)(1) <br> ) **Possession with Intent to a** <br> ) **Distribute a Controlled Substance** <br> ) **(Fentanyl)** |
| v. | |
| MAHER GEORGE ODEH | |

THE UNITED STATES ATTORNEY CHARGES THAT CR 123--52

## COUNT ONE
*Possession with Intent to Distribute a Controlled Substance*
*(Fentanyl)*
21 U.S.C. § 841(a)(1)

On or about April 27, 2022, in Richmond County, within the Southern District of Georgia, the defendant,

**MAHER GEORGE ODEH,**

aided and abetted by others known and unknown, did knowingly and intentionally possess with intent to distribute a quantity of Fentanyl, a Scheduled II controlled substances.

All in violation of Title 21, United States Code, Sections 841(a)(1).

_____
Jill E. Steinberg
United States Attorney

/s/ Makeia R. Jonese
_____
Makeia R. Jonese
Special Assistant United States Attorney
*Lead Counsel

/s/ Patricia G. Rhodes
_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division